UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANAAHMAD ALAWAD,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:22-cv-0931 DB<br><br><br><u>ORDER</u> |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is granted.

2. The Clerk of the Court is directed to issue process and to serve upon plaintiff the undersigned's Scheduling Order and Order re Consent or Request for Reassignment for social security cases.

3. In keeping with the court's new e-service procedure for Social Security cases service on the defendant Commissioner of Social Security Administration shall proceed under the court's

1    E-Service program as follows.  Once a summons is issued, the Clerk of Court shall deliver to the

2    Commissioner of Social Security Administration and the United States Attorney's Office at their

3    designated email addresses a notice of electronic filing of the action along with the summons and

4    complaint.  The Commissioner has agreed not to raise a defense of insufficient service of process

5    if provided with notice of a complaint as detailed in this order.  This order is not intended to

6    prevent parties from making any other motions that are appropriate under the Federal Rules of

7    Civil Procedure.

8    DATED: June 30, 2022            /s/ DEBORAH BARNES
                                                    UNITED STATES MAGISTRATE JUDGE