## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                **JUDGMENT IN A CIVIL CASE**

**RANAAHMAD ALAWAD,**

                                                CASE NO: **2:22−CV−00931−DB**

       v.

**COMMISSIONER OF SOCIAL SECURITY,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/18/2023**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED:  **September 18, 2023**

                              by: /s/ O. Clemente Licea
                                         Deputy Clerk